UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CHEETAH OMNI LLC,<br><br>           Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. AND MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.<br><br>           Defendants. | CASE NO. 6:08-CV-279<br><br>Hon. Leonard Davis<br><br>JURY TRIAL DEMANDED |

**NOTICE OF SUBMISSION REGARDING SLIDES USED AT THE CLAIM CONSTRUCTION HEARING**

Defendants SAMSUNG ELECTRONICS AMERICA, INC. and MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC. file this Notice of Submission of the slides used at the September 3, 2009 Claim Construction Hearing.  Attached hereto as Exhibit A, parts 1-4, are the slides used on behalf of both Samsung Electronics America, Inc. and Mitsubishi Digital Electronics America, Inc.  Attached hereto as Exhibit B are the slides used on behalf of only Samsung Electronics America, Inc.

Dated: September 10, 2009

Respectfully submitted,

*/s/ Michael E. Jones*
Michael E. Jones
Allen Gardner
POTTER MINTON PC
110 N. College, 500 Plaza Tower
P.O. Box 359
Tyler, TX 75710
(903) 597-8311
(903) 593-0846 (fax)
mikejones@potterminton.com
allengardner@potterminton.com

Richard L. Rainey (*pro hac vice*)
Gary M. Rubman (*pro hac vice*)
Brian G. Bieluch (*pro hac vice*)
Jeffrey M. Davidson (*pro hac vice*)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
(202) 662-6000
(202) 662-6291 (fax)
rrainey@cov.com
grubman@cov.com
bbieluch@cov.com
jdavidson@cov.com

*Attorneys for Defendant Samsung Electronics America, Inc.*

*/s/ Wendy J. Ray, with permission by Michael E. Jones*
Vincent J. Belusko (*pro hac vice*)
Nicole M. Smith (*pro hac vice*)
Wendy J. Ray (*pro hac vice*)
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, California 90013
(213) 892-5200
(213) 892-5454 (fax)
VBelusko@mofo.com
NSmith@mofo.com
WRay@mofo.com

Melvin R. Wilcox, III
Yarbrough & Wilcox, PLLC
100 E. Ferguson, Suite 1015
Tyler, Texas 75702
(903) 595-1133
(903) 595-0191 (fax)
mrw@yw-lawfirm.com

*Attorneys for Defendant Mitsubishi Digital Electronics America, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 10th day of September, 2009.  Any other counsel of record will be served by first class U.S. mail on this same date.

                                      */s/ Michael E. Jones*
                                      Michael E. Jones