*Cheetah Omni LLC*

*v.*

*Samsung Electronics America, Inc. &*
*Mitsubishi Digital Electronics America, Inc.,*
No. 6:08-CV-279 (E.D. Tex.)

Defendants' Claim
Construction Presentation

# The '862 Patent Relates to Optical Signal Processing

## TECHNICAL FIELD OF THE INVENTION

The present invention relates to the field of communication systems, and more particularly to an apparatus and method for providing gain equalization to optical signals carrying a plurality of wavelengths.

## BACKGROUND OF THE INVENTION

Various conditions in optical communication systems make it desirable to be able to selectively attenuate one or more particular wavelengths in an optical signal relative to other wavelengths in that signal.

## SUMMARY OF THE INVENTION

The present invention recognizes a need for a method and apparatus operable to economically provide gain equalization in a multiple wavelength optical signal.

# The '862 Patent Operates on Communication Channels in Different Infrared Wavelength Bands

## BACKGROUND OF THE INVENTION

controlling the gain tilt in the transmitted signal. Existing optical communication systems have typically been limited to using the conventional ("C") band of wavelengths to communicate optical signals. With the increasing demand for bandwidth, the capacity of communication systems is being expanded by the addition of new communication bands. For example, future communications systems will likely use the long wavelength ("L") band and possibly even the short wavelength ("S") band.

# The '714 Patent Teaches a Variable Blazed Grating





**VARIABLE BLAZED GRATING BASED SIGNAL PROCESSING**

4

# The '714 Patent Relates to an Optical Router

## TECHNICAL FIELD OF THE INVENTION

This invention relates in general to the field of electro-optical systems and more particularly to a system and method capable of using an ==optical router== having one or more all-optical logic gates.

# The '714 Examiner's Rejections

# The '714 Examiner's Mode of Claim Interpretation Differed from that of this Court

**Manual of PATENT EXAMINING PROCEDURE**

Original Eighth Edition, August 2001
Latest Revision August 2005

While the claims of <u>issued</u> patents are interpreted in light of the specification, prosecution history, prior art and other claims, this is not the mode of claim interpretation to be applied during examination. During examination, the claims must be interpreted as broadly as their terms reasonably allow.

**Manual of PATENT EXAMINING PROCEDURE**

Original Eighth Edition, August 2001
Latest Revision August 2006

**>Although< claims of <u>issued</u> patents are interpreted in light of the specification, prosecution history, prior art and other claims, this is not the mode of claim interpretation to be applied during examination. During examination, the claims must be interpreted as broadly as their terms reasonably allow.

# The Technical Field of the '714 Patent Has Nothing to Do with Display Art

TECHNICAL **FIELD OF THE INVENTION**

This invention relates in general to the field of electro-optical systems and more particularly to a system and method capable of using an **optical router** having one or more all-optical logic gates.

'714 Patent, col. 1 ll. 19-24.

"**Patent claims are construed as they would be understood by persons experienced in the field of the invention . . . .**"

*Cias, Inc. v. Alliance Gaming Corp.*, 504 F.3d 1356, 1359 (Fed. Cir. 2007).

# The Technical Field of the '714 Patent Has Nothing to Do with Display Art

In the 28 columns of the '714 patent, displays are not mentioned once.

Displays are not mentioned in the 44 columns of the '862 patent either.

# Dr. Islam Did Not Agree that the '714 Patent Covered Displays

All of Applicant's arguments and amendments are without prejudice or disclaimer. Additionally, Applicant has merely discussed example distinctions from the *Li*, *Ouchi*, *Yamazaki*, and *Silverstein* references. Other distinctions may exist, and Applicants reserve the right to discuss these additional distinctions in a later Response or on Appeal, if appropriate. By not responding to additional statements made by the Examiner, Applicants do not acquiesce to the Examiner's additional statements. The example distinctions discussed by Applicants are sufficient to overcome the anticipation and obviousness rejections.

All of Applicant's arguments and amendments are without prejudice or disclaimer. Additionally, Applicant has merely discussed example distinctions from the *Dewald* and *Shin* references. Other distinctions may exist, and Applicant reserves the right to discuss these additional distinctions in a later Response or on Appeal, if appropriate. By not responding to additional statements made by the Examiner, Applicant does not acquiesce to the Examiner's additional statements. The example distinctions discussed by Applicant are sufficient to overcome the anticipation and obviousness rejections.

# Cheetah's Prosecution History Argument Has No Application to the '862 Patent

➡️ **The '862 patent examiner did not cite any display prior art**

➡️ **The '862 patent is unrelated to the '714 patent**

➡️ **Prosecution history from an unrelated patent has no effect on the meaning of the '862 patent**

*Pfizer Inc. v. Ranbaxy Labs.*, 457 F.3d 1284, 1290 (Fed. Cir. 2006) ("[S]tatements made during prosecution of the later, unrelated [] patent cannot be used to interpret claims of the []patent[-in-suit].").

# Optical Signal

# '862 Claim 13: "Optical Signal"

13. A method of processing multiple wavelengths of light, the method comprising:

   communicating an **optical signal** for processing, the optical signal comprising a plurality of wavelengths

# '862 Claim 13: "Optical Signal"

| Cheetah's Construction | Defendants' Construction |
|---|---|
| Light of more than one wavelength* | Light beam carrying information |

\* Cheetah construes the entire phrase "an optical signal for processing, the optical signal comprising a plurality of wavelengths" to mean "light of more than one wavelength."

# A "Signal" Conveys Information (by Definition)



**Signal** 1. An electrical wave used to convey information.

# A "Signal" Conveys Information (by Definition)



**Signal** (13) A measurable quantity (e.g., a voltage) which varies in time in order to **transmit information.**



# A "Signal" Conveys Information (by Definition)

"A 'signal' implies signaling—that is, the **conveyance of information**."

*In re Nuijten*, 500 F.3d 1346, 1353 (Fed. Cir. 2007).

# A "Signal" Conveys Information (by Definition)

*IP Innovation, LLC v. Red Hat, Inc.*, no. 2:07 CV 447,
2009 WL 2460982 (E.D. Tex. Aug. 10, 2009) (Davis, J.).

| Disputed Claim Term | Court's Construction |
|---|---|
| a ... signal | [AGREED] - plain and ordinary meaning, an electrical quantity that can be used to **transmit information**. An example of such a signal is the quantity or value generated by a mouse or keyboard when a button is pressed. |

# Cheetah Claims a Fiber Optics Dictionary Shows that an "Optical Signal" Need Not Convey Information

**PLAINTIFF CHEETAH OMNI'S P.R. 4-5(c)**
**REPLY BRIEF ON CLAIM CONSTRUCTION**

If defendants want to use dictionaries,

why don't they cite an **optics** dictionary? The reason is, those dictionaries support Cheetah:

> **optical signal:** A signal that (a) contains optical power and (b) may be transmitted (i) in an optical waveguide, such as an optical fiber, slab, dielectric waveguide, or optical integrated circuit (OIC) or (ii) as a lightbeam in free space.

(Ex. 16, Weik, *Fiber Optics Standard Dictionary*, 3rd Ed. 1997.) This definition is consistent

with the PTO's interpretation of the term to cover a lightbeam — without information —

transmitted both in an optical waveguide and in free space.

**But actually…**

# Cheetah's Dictionary Confirms that an "Optical Signal" Carries Information



**FIBER OPTICS**
**STANDARD**
**DICTIONARY**

THIRD EDITION

**MARTIN H. WEIK**

CHAPMAN & HALL

ITP International Thomson Publishing
New York • Albany • Bonn • Boston • Cincinnati • Detroit • London • Madrid • Melbourne
Mexico City • Pacific Grove • Paris • San Francisco • Singapore • Tokyo • Toronto • Washington

**optical signal:** A signal that (a) contains optical power and (b) may be transmitted (i) in an optical waveguide, such as an optical fiber, slab, dielectric waveguide, or optical integrated circuit (OIC) or (ii) as a lightbeam in free space.

**signal:** 1. A representation of information conveyed by a carrier. 2. Detectable transmitted energy that can be used to carry information. 3. To transmit a sign or symbol for the purpose of conveying information from one point to another. 4. A time-dependent variation of a characteristic of a physical phenomenon used to convey information. 5. A transmitted electrical or optical impulse. 6. A message that (a) consists of one or more symbols, such as letters, words, characters, signal flags, visual displays, or special sounds with prearranged meanings and (b) is conveyed or transmitted by any means, such as visual, acoustical, or electrical means. 7. The code or pulse that represents intelligence, a message, or a control function conveyed over a communications system. 8. A visual or mechanical action to which meaning is assigned, such as puffs of smoke; sunlight flashed from a mirror; displays; motion of flags or pennants; or motion of a cable, wire, or rope. *See*

# Every Optical Signal Discussed in the '862 Patent Communicates Information



## TECHNICAL FIELD OF THE INVENTION

The present invention relates to the field of communication systems, and more particularly to an apparatus and method for providing gain equalization to optical signals carrying a plurality of wavelengths.

**'862 Patent, col. 1 ll. 25-28.**

optical communication systems often communicate information using multiple wavelengths multiplexed into one or several optical signals. Current filter technology often becomes a limiting factor in the number of optical wavelengths that can be communicated in any given signal. For example, a filter at the receiving end of the transmission system should be capable of at least substantially isolating each wavelength carrying information from its neighboring wavelengths.

**'862 Patent, col. 29 ll. 44-52.**

This aspect of the invention provides significant cost savings in processing signals carrying information on multiple channels or wavelengths.

**'862 Patent, col. 35 ll. 54-57.**

# Cheetah Reads Out the Word "Signal" from "Optical Signal"

**Limitation construed by Cheetah:**

> An **optical signal** for processing, the optical signal *comprising a plurality of wavelengths*

**Cheetah's construction:**
> **Light** *of more than one wavelength*

**Cheetah's Position: "Optical Signal" = Light**

# The Term "Optical Signal" Does Not Refer to Ordinary Light



≠ **"Optical Signal"**

# Cheetah Reads Out the Word "Signal" from "Optical Signal"

**Cheetah's Position: Optical Signal = Light**



**???**

# Defendants' Construction Gives "Optical Signal" Its Ordinary Meaning

## Optical Signal

 

**Light Beam**      **Carrying Information**

Defendants' Construction

**18. A light processing system, comprising:**

an optical divider operable to receive an unmodulated **optical signal** and to separate the unmodulated optical signal into a first signal part and a second signal part

**19. A method of processing one or more optical signals, the method comprising:**

separating an **optical signal** into a first signal part and a second signal part

# '714 Claims 18 & 19: "Optical Signal"

| Cheetah's Construction | Defendants' Construction |
|---|---|
| Light of more than one wavelength[*] | Light beam carrying information |

* Cheetah construes both the term "unmodulated optical signal" in claim 18 and the term "optical signal" in claim 19 to mean "light of more than one wavelength."

# A "Signal" Conveys Information (by Definition)

**Signal** 1. An electrical wave used to convey information.

*Newton's Telecom Dictionary (16½ ed. 2000).*

**Signal** (13) A measurable quantity (e.g., a voltage) which varies in time in order to transmit information.

*IEEE 100 Authoritative Dictionary of IEEE Standards Terms (7th ed. 2000).*

"A 'signal' implies signaling—that is, the **conveyance of information**."

*In re Nuijten*, 500 F.3d 1346, 1353 (Fed. Cir. 2007).



OVERVIEW

As optical systems continue to increase the volume and speed of information communicated, the need for methods and apparatus operable to facilitate high speed optical signal processing also escalates.

**'714 Patent, col. 1 ll. 28-31.**

This aspect of the invention provides significant cost savings in processing signals carrying information on multiple channels or wavelengths.

**'714 Patent, col. 18 ll. 65-67.**

Optical signal **1012** comprises header information **1014** and signal payload **1016**.

**'714 Patent, col. 20 ll. 35-36.**

# Every Optical Signal Discussed in the '714 Patent Communicates Information



FIG. 15

Optical signal **1012** comprises header information **1014** and signal payload **1016**.

# Cheetah Reads Out the Word "Signal" from "Optical Signal"

**Cheetah's Position: Optical Signal = Light**



**???**

# Defendants' Construction Gives "Optical Signal" Its Ordinary Meaning

## Optical Signal

 

## Light Beam

## Carrying Information

Defendants' Construction

# Output Interface

13. **A method of processing multiple wavelengths of light, the method comprising:**

 **. . . communicating the at least one MEMS output signal to an <span style="color:green">output interface</span>**

# '862 Claim 13: "Output Interface"

| Cheetah's Construction | Defendants' Construction |
|---|---|
| The portion of the system that receives the output signal | Output port for connecting to another system or device |

# An "Interface" Connects Systems or Devices Together (by Definition)

**Interface** 1. A mechanical or electrical link connecting two or more pieces of equipment together.
2. A shared boundary. A physical point of demarcation

NEWTON'S TELECOM DICTIONARY

#1 Best Seller
Over 400,000 Sold

The Official Dictionary of Telecommunications Networking and the Internet

16th EXPANDED & UPDATED EDITION

BY HARRY NEWTON

# An "Interface" Connects Systems or Devices Together (by Definition)



(8) (A) (data transmission) A common boundary; for example, a physical connection between two systems or two devices.



# An "Interface" Connects Systems or Devices Together (by Definition)

**"An interface is . . . the means necessary to connect and communicate between two parts of a system."**

*Rackman v. Microsoft Corp.*, 102 F. Supp. 2d 113, 125 (E.D.N.Y. 2000).

# Cheetah Reads Out the Word "Interface" from "Output Interface"

## Cheetah's Position:

**Output Interface  =**  The portion of the system that receives the output signal



**???**

# Defendants' Construction Gives "Output Interface" Its Ordinary Meaning

## Output Interface

 

**Output port**

**for connecting to another system or device**

Defendants' Construction

# '714 Claims 18 and 19: "Output Interface"

**18.** A light processing system, comprising:

> . . . the optical reflector operable to receive at least some of the modulated first signal part and communicate the at least some of the modulated first signal part to an **output interface**

**19.** A method of processing one or more optical signals, the method comprising:

> . . . communicating at least some of the reflected first position of the first signal part to an **output interface**

# '714 Claims 18 and 19: "Output Interface"

| Cheetah's Construction | Defendants' Construction |
|---|---|
| The portion of the system that receives the output signal | Output port for connecting to another system or device |

# An "Interface" Connects Systems or Devices Together (by Definition)

**Interface** 1. A mechanical or electrical link connecting two or more pieces of equipment together.
2. A shared boundary. A physical point of demarcation

Newton's Telecom Dictionary (16½ ed. 2000).

(8) (A) (data transmission) A common boundary; for example, a physical connection between two systems or two devices.

IEEE 100 Authoritative Dictionary of IEEE Standards Terms (7th ed. 2000).

"An interface is . . . the means necessary to connect and communicate between two parts of a system."

*Rackman v. Microsoft Corp.*, 102 F. Supp. 2d 113, 125 (E.D.N.Y. 2000).

# The Output Interfaces in the '714 Patent Communicate Data from One System or Device to Another



FIG. 15

Multiplexer **1036** receives switched optical signals **1040** from optical add/drop multiplexer array **1030** and transmits the switched optical signals to other network elements.

'714 Patent, col. 21 ll. 29-32.

# Cheetah Reads Out the Word "Interface" from "Output Interface"

## Cheetah's Position:

**Output Interface** = The portion of the system that receives the output signal



**???**

# Defendants' Construction Gives "Output Interface" Its Ordinary Meaning

## Output Interface

 

**Output port**

**for connecting to another system or device**

Defendants' Construction