# First Part and Second Part – '862 Patent

13. **A method of processing multiple wavelengths of light, the method comprising:**

...dividing **at least a portion of the optical signal communicated for processing into at least a** first part **and**

a second part, **wherein the** first part **comprises an amplitude that is different than an amplitude of the** second part

# '862 Claim 13: First Part and Second Part

| Cheetah's Construction | Defendants' Construction |
|---|---|
| Dividing a portion of the optical signal from the separating step* into at least two parts, where two of the parts have unequal amplitudes | "dividing the input 'optical signal' into first and second copies with different amplitudes" |

\* Cheetah has abandoned this aspect of its construction, conceding that the input to the "dividing" step is the input "optical signal communicated for processing."

# Cheetah's Construction is No Construction

| Claim Term | Cheetah's Construction |
|---|---|
| Dividing at least a portion of the optical signal communicated for processing into at least a first part and a second part, wherein the first part comprises an amplitude that is different than an amplitude of the second part | Dividing a portion of the optical signal from the separating step* into at least two parts, where two of the parts have unequal amplitudes |

 **Cheetah offers no definition or construction of "part"**

\* Cheetah has abandoned this aspect of its construction, conceding that the input to the "dividing" step is the input "optical signal communicated for processing."

# The Summary of the Invention Specifies that the Signal is Divided into "Copies"

## SUMMARY OF THE INVENTION

In one aspect of the invention, a gain equalizer comprises a wavelength division demultiplexer operable to separate one or more communication bands into a plurality of wavelengths and an array of phase shifter stages. Each phase shifter stage comprises a micro-electro-optic system (MEMS) device comprising a moveable mirror layer operable to receive a first copy of an input signal from a beam splitter and to reflect the first copy of the input signal for combination with a second copy of the input signal at an output to form an output signal. The moveable mirror layer is displaceable in a substantially piston-like motion to introduce a phase shift between the first and second signal copies at the output, the amplitude of the output signal varying depending on the displacement of the moveable mirror layer.

# Every Embodiment Requires the Creation of Copies

 **Cheetah does not dispute this**

Piston-Like MEMS Device

Beam Combiner

Beam Splitter

Fixed Mirror

34a  30a  32a  74a  50a  72a  Δl  θ  62a  60a  64a  20a  θ  40a  10a

FIG. 1a

# The Variable Attenuator Would Not Work Without Division Into Copies

**Interference requires copies to come together**



# Figure 1a is a Building Block in the '862 patent



DETAILED DESCRIPTION OF THE INVENTION

I. Building Blocks for High Speed Optical Signal Processing

'862 Patent, col. 4 ll. 45.

Piston-Like MEMS Device

Beam Combiner

Beam Splitter

Fixed Mirror

FIG. 1a

5c: Optical Switch

FIG. 5c

8h: Polarization Mode Compensator

FIG. 8h

14c: Optical Equalizer

FIG. 14c

7b: Polarization Controller

FIG. 7b

16d: Add/drop Multiplexer

FIG. 16d

10b: Polarization Controller Array

FIG. 10b

# First Signal Part and Second Signal Part – '714 Patent

# '714 Patent: "First Signal Part"; "Second Signal Part"

18. A light processing system, comprising:

. . . an optical **divider** operable to receive an unmodulated optical signal and to separate the unmodulated optical signal into a **first signal part** and a **second signal part** . . .

# '714 Patent: "First Signal Part"; "Second Signal Part"

19. A light processing one or more optical signals, the method comprising:

> . . . separating an optical signal into a **first signal part** and a **second signal part** . . .

# '714 Patent: "First Signal Part"; "Second Signal Part"

| Cheetah's Construction | Defendants' Construction |
|---|---|
| To separate the optical signal into at least two parts, for example, into two or more wavelengths | First and second copies of the *"unmodulated optical signal"* [Claim 18]<br><br>First and second copies of the input *"optical signal"* [Claim 19] |

# Cheetah's Construction Is No Construction

| Claim Term | Cheetah's Construction |
|---|---|
| to separate the unmodulated optical signal into a first signal part and a second signal part . . . | To separate the optical signal into at least two parts, for example, into two or more wavelengths |

# Points of Agreement

➡ **Parties agree that Figure 15 shows the only embodiment purportedly claimed by claims 18 and 19**

➡ **Parties agree that Figure 15 shows separating into "copies"**



# Relevant Figure

**Second Part**

**Divider/Tap**

**First Part**



FIG. 15

# Relevant Figure

Fiber optic tap **1018** receives optical signals **1012** and sends one <mark>copy</mark> of the signal including at least header information **1014** to demultiplexer **1024**, and sends another <mark>copy</mark> of the signal including at least payload information **1016** to delay line **1022**.

'714 Patent col. 21 ll. 6-10.



# The Parties' Positions

➡ **Defendants:**   "Copy" means "Copy"

**Cheetah:**   "[T]he '714 specification uses the term 'copy' loosely to refer to things that are portions of a whole, not 'copies' of one another in the conventional sense."   Reply Br. at 10.

# Cheetah's Construction Cannot Be Supported

➡️ **The specification does not indicate a special meaning for the word "copy."**

➡️ **The structure making the copies in Figure 15 is a fiber optic tap, which simply taps part of the signal and is not capable of generating anything other than copies.**

➡️ **The patent does not support a first separating step that separates by wavelengths (Cheetah's construction)**

➡️ **The specification does not say that the copy with header information and the copy with payload information could be different from one another.**

# Cheetah's Construction Cannot Be Supported

**DATA SHEET**

**HIGH-DENSITY FIBER-OPTIC TAP**

Passive traffic access designed specifically for Enterprise networks

**BENEFITS**

- Provides passive access to fiber-optic network traffic that will not cause a point of failure

- Enables dynamic connection of analysis, monitoring, and security devices into networks

- Minimizes space with 16 single (1x1) TAPs in a 1U rack mount configuration

- Does not add late traffic

- Shows all traffic, Minor or SPAN p

While used by service organizations and IT professionals for years, fiber optic TAPs were not generally deployed with networks as their density was lower than the switching infrastructure they supported. Finisar's High Density (HD) TAP changes this by providing 16 TAPs in a 1U rack mountable chassis. HD TAP densities allow networking professionals to include TAPs within their networks at deployment time, creating a permanent, fail-safe, and passive traffic access point to network traffic. With the TAPs installed, the network has connection points for protocol analyzers, network monitoring devices, and intrusion detection/prevention systems, without the need to stop the network.

TAPs operate by passing network traffic while diverting some of the signal to a TAP port to provide a copy of the traffic. Fiber-optic TAPs are completely passive, i.e., not powered. Network traffic continues to pass through the TAP

cabinet. The TAPs are available in a 1U rack space. They are fully compatible with all fiber-optic single TAPs in a 1U rack space. They are fully compatible with all fiber-optic intrusion detection/prevention systems (IDS/IPS), protocol analyzers, and network monitoring devices.

When compared with SPAN or mirror ports, the HD TAP eliminates many of the problems commonly associated with SPAN or mirror ports for monitoring and analysis, such as switch performance degradation or the inability to see physical-layer errors. Unlike SPAN or mirror ports that can modify network traffic, TAPs provide bit-for-bit visibility, allowing comprehensive analysis down to the physical layer. And, when deployed instead of SPAN or Mirror Ports, TAPs preserve network switch equipment investment by allowing all switch ports to be utilized for business use rather than for SPAN or Mirror port functionality.

**Finisar**

> ==TAPs operate by passing network traffic while diverting some of the signal to a TAP port to provide a copy of the traffic.==

Finisar Tap Data Sheet, available at www.finisar.com/download_dFJP1jHd_tap5_22_07.pdf

# Moveable Mirror

# '862 Claim 14: The Moveable Mirror Limitation

**14.** The method of claim 13…

wherein the moveable mirror is operable to move relative to the inner conductive layer in response to a voltage difference between the moveable mirror and the inner conductive layer.

# '862 Patent Claim 14: The Moveable Mirror Limitation

| Cheetah's Construction | Defendants' Construction |
|---|---|
| When the voltage between the moveable mirror and the inner conductive layer changes, the moveable mirror moves relative to the inner conductive layer. | The mirror is operable to be displaced in an approximately parallel plane to the previous mirror position. |

# The Movement of the '862 "Moveable Mirror" is Substantially "Piston-Like"



(57)    **ABSTRACT**

In one aspect of the invention, a gain equalizer comprises a wavelength division demultiplexer operable to separate one or more communication bands into a plurality of wavelengths and an array of phase shifter stages. Each phase shifter stage comprises a micro-electro-optic system (MEMS) device comprising a moveable mirror layer operable to receive a first copy of an input signal from a beam splitter and to reflect the first copy of the input signal for combination with a second copy of the input signal at an output to form an output signal. The moveable mirror layer is displaceable in a substantially piston-like motion to introduce a phase shift between the first and second signal copies at the output, the amplitude of the output signal varying depending on the displacement of the moveable mirror layer. The gain equalizer further comprises a wavelength division multiplexer operable to receive a plurality of phase shifted wavelengths from the second beam splitter and to multiplex at least some of the phase shifted wavelengths into an optical output signal.

# "Piston-Like" Motion Means Displacement in an Approximately Parallel Plane



Throughout this document, the term "piston-like" motion refers to a motion in which the moveable mirror is intended to be displaced in an approximately parallel plane to the previous mirror position.

'862 Patent, col. 5 ll. 60-63.

# Only "Piston-Like" Motion is Within the Scope of the '862 Invention



In practice, for various reasons, physical embodiments of the invention may not exhibit true "piston-like" motion, although such embodiments are intended to be within the scope of the invention. For example, the moveable mirror layer may be anchored at its ends and may exhibit some curvature between the anchor points as it moves from one position to another. In addition, variances in resistance across the moveable mirror layer may result in one portion of the moveable mirror layer experiencing more movement than another portion. The invention is intended to encompass these embodiments within the definition of "piston-like" motion.

'862 Patent, col. 6 ll. 4-15.

## PLAINTIFF CHEETAH OMNI'S P.R. 4-5(c) REPLY BRIEF ON CLAIM CONSTRUCTION

(Exhibit 2, col. 6, ll. 7-10.) Defendants do not explain how a mirror – "anchored at its ends" – can move "in an approximately parallel plane to the previous mirror position." Common sense confirms that it cannot. No object that is anchored at both ends can move in a plane parallel to its previous position. It can only move in an arc. Defendants' proposed construction simply does not cover the embodiments in the patent.

# But the '862 Patent Says that a Mirror Anchored at its Ends Can Move in "Piston-Like" Fashion



For example, the moveable mirror layer may be anchored at its ends and may exhibit some curvature between the anchor points as it moves from one position to another. In addition, variances in resistance across the moveable mirror layer may result in one portion of the moveable mirror layer experiencing more movement than another portion. The invention is intended to encompass these embodiments within the definition of "piston-like" motion.

'862 Patent, col. 6 ll. 7-10.

# The PTO Has Found that Claims Like '862 Claim 14 Require Piston-Like Motion

➡️ **Claims in the parent to the '862 patent have essentially the same wording as claim 14**

➡️ **The examiner interpreted those claims to require piston-like motion**

➡️ **Claim 14 should not be construed more broadly than the examiner's broadest reasonable construction**

# The PTO Has Found that Claims Like '862 Claim 14 Require Piston-Like Motion

7.    Claims 6, 7, 12 and 13 are rejected under 35 U.S.C. 103(a) as being

unpatentable over Riza as applied to claims 1 and 8 above, and further in view of

Pilossof (US 2002/0021485).

limit the MEMs to a specific MEMs structure, it would have been obvious to one with

ordinary skill in the art to use any type of MEMs that provides the piston-type action

including Pilossof's MEMs structure for faster response.



The examiner believes claims 6, 7, 12, and 13 of the parent to the '862 patent require piston-type action.

# Claim 14 is Worded Similarly to Claims the Examiner Found to Require Piston-Like Motion

## Claims in parent to '862 patent

wherein the moveable mirror layer comprises an at least substantially conductive structure operable to move relative to the inner conductive layer in response to a voltage difference between the moveable mirror layer and the inner conductive layer.

12. The method of Claim 8, wherein

wherein the moveable mirror layer comprises an at least substantially conductive structure operable to move relative to the inner conductive layer in response to a voltage difference between the moveable mirror layer and the inner conductive layer.

## '862 claim 14

14. The method of claim 13, wherein
wherein the moveable mirror is operable to move relative to the inner conductive layer in response to a voltage difference between the moveable mirror and the inner conductive layer.