# Amplitude

# '862 Claim 13: "Amplitude"

13. **A method of processing multiple wavelengths of light, the method comprising:**

> **. . . reflecting the first portion of optical signal wavelengths from the moveable mirror to form at least one MEMS output signal having an amplitude, the amplitude of the MEMS output signal capable of being changed by moving the moveable mirror. . .**

# '862 Claim 13: "to form at least one MEMS output signal having an amplitude"

| Cheetah's Construction | Defendants' Construction |
|---|---|
| An output signal is light reflected off of the MEMS device received at the output interface | To form an output signal using a MEMS device that causes interference between light beams |

# '862 Claim 13: "the amplitude of the MEMS output signal capable of being changed by moving the moveable mirror"

| Cheetah's Construction | Defendants' Construction |
| --- | --- |
| As the position of the movable mirror changes, the amplitude of the output signal changes | Movement of the mirror capable of causing phase shift to change the amplitude of the MEMS output signal |

# Cheetah's Construction Is No Construction

| Claim Term | Cheetah's Construction |
|---|---|
| "The amplitude of the MEMS output signal capable of being changed by moving the moveable mirror" | As the position of the movable mirror changes, the amplitude of the output signal changes |

# Figure 1a is a Building Block in the '862 patent



DETAILED DESCRIPTION OF THE
INVENTION

I. Building Blocks for High Speed Optical Signal Processing

'862 Patent, col. 4 ll. 45.

# The '862 Patent Changes Amplitude Only by Using Phase Shift and Interference



Piston-Like MEMS Device

Beam Combiner

Wavelength OUT Lower Amplitude

Wavelength IN

Beam Splitter

Fixed Mirror

FIG. 1a

34a · 30a · 32a · 74a · 50a · 72a · Δl · θ · 62a · 60a · 64a · 20a · θ · 40a · 10a

# Every Embodiment of the '862 Patent Uses Phase Shift and Interference to Change Amplitude



# Every Embodiment of the '862 Patent Uses Phase Shift and Interference to Change Amplitude

➡️ **Cheetah's reply brief does not deny that every embodiment in the '862 patent works this way**

See Reply Br. at 7.

➡️ **Cheetah nowhere identifies any other method described or enabled by the '862 patent**

# Federal Circuit: Claims are Limited to What is Taught in the Specification

 *On Demand Mach. Corp. v. Ingram Indus., Inc.*, **442 F.3d 1331, 1338 (Fed. Cir. 2006) ("[T]he scope and outer boundary of claims is set by the patentee's description of his invention.").**

 **Federal Circuit: "Customer" meant "retail customer" when written description discussed only retail customers.**

# Federal Circuit: Claims are Limited to What is Taught in the Specification

 ***Nystrom v. TREX* Co., 424 F.3d 1136 (Fed. Cir. 2005)**
   (the patentee is "not entitled to a claim construction divorced from the context of the written description and prosecution history").

 **Federal Circuit: The claim term "board" meant wooden board when every embodiment involved a wooden board.**

# Plurality of Wavelengths

13. A method of processing multiple wavelengths of light, the method comprising:

. . . communicating an optical signal for processing, the optical signal comprising a **plurality of wavelengths**

# '862 Claim 13: "Plurality of Wavelengths"

| Cheetah's Construction | Defendants' Construction |
| --- | --- |
| Light of more than one wavelength* | Comprising multiple communication channels |

*Cheetah construes the entire phrase "an optical signal for processing, the optical signal comprising a plurality of wavelengths" to mean "light of more than one wavelength."

# Cheetah's Construction is No Construction

| Claim Term | Cheetah's Construction |
|:----------:|:----------------------:|
| plurality of **wavelengths** | more than one **wavelength** |

# '862 Claim 13: Separating into "Wavelengths"

13. A method of processing multiple wavelengths of light, the method comprising:

... separating the optical signal communicated for processing into at least a first portion of optical signal wavelengths and a second portion optical [sic] signal wavelengths . . .

# '862 Claim 13: Separating into "Wavelengths"

| Cheetah's Construction | Defendants' Construction |
|---|---|
| Separating the optical signal into two or more wavelengths | Separating the "optical signal" into at least two groups of wavelengths, each containing different communication channels |

# The '862 Patent Uses "Wavelengths" to Mean "Channels"

US 7,116,862 B1

APPARATUS AND METHOD FOR
PROVIDING GAIN EQUALIZATION

## BACKGROUND OF THE INVENTION

multiple ==wavelength== systems. This problem becomes increasingly acute as optical systems strive to implement more and more ==wavelength channels==.

SUMMARY OF THE INVENTION

# The '862 Patent Uses "Wavelengths" to Mean "Channels"



power in the fiber is increased, a problem can arise from an inter-channel Raman effect. In particular, longer wavelength channels can rob power from the shorter wavelength channels, creating a gain tilt after propagation through the fiber.

'862 Patent, col. 1 ll. 56-59.

# The '862 Patent Uses "Wavelengths" to Mean "Channels"



As optical systems implement more and more communication channels (using more and more wavelengths), the cost of PMD compensation using conventional equipment quickly becomes prohibitive.

'862 Patent, col. 26 ll. 33-36.

# The '862 Patent Separates Wavelength Channels for Processing



FIG. 16a

an exemplary system **1400** operable to perform wave division add/drop multiplexing. System **1400** includes a wave division demultiplexer **1410** operable to receive an optical signal **1460** and to separate optical signal **1460** into a plurality of wavelengths **1460a**–**1460n**. System **1400** further

'862 Patent, col. 36 ll. 28-32.

# The Prosecution History Confirms that the "Separating" Step Operates on Wavelength Channels

## Examiner Statement:



**Office Action (mailed Aug. 5, 2005)**

It appears that the specification does not provide proper antecedent basis for the term "separator."

## Islam and Kuditcher Statement:



**Response (Nov. 1, 2005)**

a separator is shown at least by the unlabeled wavelength division demultiplexer

# The Prosecution History Confirms that the "Separating" Step Operates on Wavelength Channels



**Response (Nov. 1, 2005)**

## Islam and Kuditcher Statement:

> a separator is shown at least by the unlabeled wavelength division demultiplexer

> **demultiplexing:** The separation of two or more chan-nels previously multiplexed, i.e., the reverse of multi-plexing. *Common abbreviation:* **deMUXING.** *Syn-*

**Weik, Fiber Optics Standard Dictionary 209 (3d ed. 1997)**



# Light Pipe

# '714 Claim 18: "Light Pipe"

18.  A light processing system, comprising:

. . . a **light pipe** operable to communicate at least the first signal part for processing

# '714 Claim 18: "Light Pipe"

| Cheetah's Construction | Defendants' Construction |
|---|---|
| An optical fiber or waveguide | Fiber-optic line |

# Cheetah's Construction Does Not Help the Jury

Cheetah's Construction: "an optical fiber or waveguide"

What is a "waveguide"?

# Cheetah's Construction is Inconsistent with the '714 Patent

**The '714 Patent only uses the term "light pipe" <span style="color:green">**once**</span> outside of the claims**

**This usage is simply a reiteration of the claim language:**

> into a first signal part and a second signal part. The system also comprises a light pipe that is operable to communicate at least the first signal part for processing. The system further

'714 Patent, Col. 1, ll. 52-54

# "Light Pipe" Means "Optical Fiber"



**Light Piping** Use of <mark>optical fibers</mark> to illuminate.

# "Light Pipe" Means "Optical Fiber"

## The fiber-optics textbook cited by Cheetah for 'light pipe' actually supports Defendants' construction:

> However, there also are times when people want to look around corners or probe inside places that are not in a straight line from their eyes. Or they may just need to **pipe light** from place to place, for communicating, viewing, illuminating, or other purposes. **That's when they need fiber optics.**

> In 1881, a Concord, Massachusetts, engineer named William Wheeler patented a scheme for **piping light** through buildings.
>
> . . .
>
> enough light to do the job. However, the idea of light piping reappeared again and again until it finally **coalesced into the optical fiber.**



**Jeff Hecht, Understanding Fiber Optics 2-3 (4ᵗʰ ed. 2002)**

*Kopykake Enters., Inc. v. Lucks Co.*, 264 F.3d 1377, 1383 (Fed. Cir. 2001)

("we consider the meaning of the claim as of the date the invention was constructively reduced to practice -- the date the patent application was filed.")

# '714 Patent Uses an Optical Fiber to Communicate an Optical Signal for Processing

## Cheetah does not dispute these are the only "light pipes" arguably present in the '714 patent

a light pipe operable to communicate at least the first signal part for processing;

example, OC-48 and OC-192 or higher. In the illustrated embodiment, communication link **1020** comprises a single mode fiber

Electro-optic switch includes a fiber optic tap operable to communicate a first portion of optical signal **1012** to a delay line **1022** and a second portion of optical signal **1012** to a demultiplexer **1024**.

'714 Patent, col. 25 ll. 43-44.

'714 Patent, col. 20 ll. 31-32, 36-39.