# '862 Patent: "separating"

- "**separating** the optical signal communicated for processing into at least a first portion of optical signal wavelengths and a second portion optical signal wavelengths"

1

# The Parties' Proposed Constructions

## Cheetah Omni

Separating the optical signal into two or more wavelengths.

## Defendants

separating the "optical signal" into at least two groups of wavelengths, **each containing different communication channels**

# This Construction Is Controlled By The Construction Of "optical signal"

- If the "optical signal" is construed as Cheetah proposes, then the separating step does not generate "communication channels."