# '862 Patent: "moveable mirror"

- '862 patent:
  - Claim 13: "receiving at least the first portion of optical signal wavelengths **at a moveable mirror of a micro-electro-optic system (MEMS) device**"
  - Claim 14: "wherein **the moveable mirror is operable to move relative to the inner conductive layer** in response to a voltage difference between the moveable mirror and the inner conductive layer"

# The Parties' Proposed Constructions

| Cheetah Omni | Defendants |
|---|---|
| When the voltage between the moveable mirror and the inner conductive layer changes, **the moveable mirror moves** relative to the inner conductive layer. | the mirror is operable to be displaced in an **approximately parallel plane** to the previous mirror position |

# All MEMS Mirrors Need Not Move In Unison

- Defendants say:
  - The claims require movement of **all** mirrors in the MEMS.
- Claim 13 claims isolates one mirror of the MEMS:
  - "**a** moveable mirror of a micro-electro-optic system (MEMS) device"
- Claim 14 states it is that one isolated mirror that moves:
  - "wherein **the** moveable mirror is operable to move relative to the inner conductive layer"

3

# The Movement Is Not Relative To A Previous Mirror Position

- Defendants say:
  - The mirrors move parallel to their previous position

- Claim 14 states that the movement is relative to the "inner layer," not to the previous mirror position:
  - "wherein the moveable mirror is operable **to move relative to the inner conductive layer**"

4