**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **CHEETAH OMNI LLC,** | **CASE NO. 6:08-CV-279** |
| **Plaintiff,** | **Hon. Leonard Davis** |
| v. | |
| **SAMSUNG ELECTRONICS AMERICA, INC. and MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.,** | |
| **Defendants.** | |

**STIPULATION DISMISSING CLAIMS AND COUNTERCLAIMS REGARDING
UNITED STATES PATENT NUMBER 7,116,862**

Plaintiff Cheetah Omni LLC ("Cheetah"), on the one hand, and defendant Mitsubishi Digital Electronics America, Inc. ("Mitsubishi"), on the other hand, through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on October 7, 2009, counsel for Cheetah sent counsel for Mitsubishi a document entitled Cheetah Omni LLC's Covenant Not to Sue Mitsubishi Digital Electronics America, Inc. For Infringement of U.S. Patent No. 7,116,862 ("the '862 patent"), which was signed by Dr. Mohammed Islam, Cheetah's sole member, and which is attached hereto as Exhibit A in which Cheetah covenanted that it would not sue Mitsubishi for infringement of U.S. Patent No. 7,116,862 based on the making, using, selling, offering for sale or importing of any Mitsubishi display products, including but not limited to televisions and projectors, now or in the future; and

WHEREAS Cheetah's covenant renders moot any actual controversy regarding the '862 patent and divests the Court of subject matter jurisdiction; and

WHEREAS the parties do not intend this Order to have any effect on claims and counterclaims pertaining to U.S. Patent No. 7,339,714;

NOW, THEREFORE, in light of the foregoing, the parties stipulate and agree to a Proposed Order that reads as follows:

1) This Order dismisses with prejudice any claims that have been brought or could have been brought by Cheetah against Mitsubishi with regard to the '862 patent;

2) Based on Cheetah's covenant not to sue for infringement of the '862 patent based on any display products made, sold or imported by Mitsubishi now or in the future, this Order dismisses with prejudice any counterclaims that have been brought by Mitsubishi against Cheetah with regard to the '862 patent.

3) This Order is not an adjudication on the merits of any of the claims or counterclaims that are hereby dismissed.

4) Pursuant to Fed. R. Civ. P. 15(a), the pleadings in this case are hereby amended to reflect this Order.

5) Each party bears its own costs, expenses, and attorneys' fees with respect to claims related to the '862 patent.

Dated: October 8, 2009

Respectfully submitted,

s/ Nicole Smith_____

Vincent J. Belusko (admitted pro hac vice)
(Lead Attorney)
Nicole M. Smith (admitted pro hac vice)
Wendy J. Ray (admitted pro hac vice)
Morrison & Foerster LLP
555 West Fifth Street, Suite 3500
Los Angeles, California 90013
Phone: (213) 892-5200
Fax: (213) 892-5581
Email:   vbelusko@mofo.com
         nsmith@mofo.com
         wray@mofo.com

Melvin R. Wilcox, III (TX Bar No. 21454800)
Yarbrough & Wilcox, PLLC
100 E. Ferguson, Suite 1015
Tyler, Texas 75702
Phone: (903) 595-1133
Fax: (903) 595-0191
Email:   mrw@yw-lawfirm.com

ATTORNEYS FOR DEFENDANT
MITSUBISHI DIGITAL ELECTRONICS
AMERICA, INC.

        s/ Thomas A. Lewry

Thomas A. Lewry (MI Bar No. P36399)
(Lead Attorney)
Robert C.J. Tuttle (MI Bar No. P25222)
John S. Le Roy (MI Bar No. P61964)
BROOKS KUSHMAN P.C.
1000 Town Center, 22nd Floor
Southfield, Michigan 48075-1238
Tel: (248) 358-4400
Fax: (248) 358-3351
Email: tlewry@brookskushman.com
rtuttle@brookskushman.com
jleroy@brookskushman.com

T. John Ward, Jr. (TX State Bar No. 00794818)
WARD & SMITH LAW FIRM
111 W. Tyler St.
Longview, Texas 75601
Tel: (903) 757-6400
Fax: (903) 757-2323
Email: jw@jwfirm.com

Joe Kendall
KENDALL LAW GROUP LLP
3232 McKinney Ave., Suite 700
Dallas, TX 75204
Tel: (214) 744-3000
Fax: (214) 744-3015
Email: jkendall@kendalllawgroup.com

ATTORNEYS FOR PLAINTIFF,
CHEETAH OMNI LLC

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 8th day of October 2009. Any other counsel of record will be served by first class U.S. mail on this same date.

        /s/ Nicole Smith