# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **CHEETAH OMNI LLC,** | **CASE NO. 6:08-CV-279** |
| Plaintiff, | Hon. Leonard Davis |
| v. | |
| **SAMSUNG ELECTRONICS AMERICA, INC. and MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.,** | |
| Defendants. | |

**ORDER DISMISSING CLAIMS AND COUNTERCLAIMS REGARDING UNITED STATES PATENT NUMBER 7,116,862**

This matter is before the Court on Cheetah's and Mitsubishi's Stipulation Dismissing Claims and Counterclaims Regarding United States Patent Number 7,116,862.

Having considered the parties' stipulation, the stipulation of dismissal is hereby granted:

1) This Order dismisses with prejudice any claims that have been brought or could have been brought by Cheetah against Mitsubishi with regard to the '862 patent;

2) Based on Cheetah's covenant not to sue for infringement of the '862 patent based on any display products made, sold or imported by Mitsubishi now or in the future, this Order dismisses with prejudice any counterclaims that have been brought by Mitsubishi against Cheetah with regard to the '862 patent.

3) This Order is not an adjudication on the merits of any of the claims or counterclaims that are hereby dismissed.

4) Pursuant to Fed. R. Civ. P. 15(a), the pleadings in this case are hereby amended to reflect this Order.

5) Each party bears its own costs, expenses, and attorneys' fees with respect to claims related to the '862 patent.

**So ORDERED and SIGNED this 13th day of October, 2009.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**

2