**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CHEETAH OMNI, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., and MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.<br><br>                Defendants. | CIVIL ACTION NO. 6:08-CV-279 (LED)<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE
## WITH RESPECT TO SAMSUNG

Pursuant to Fed. R. Civ. P. 41(a) and (c), Plaintiff Cheetah Omni, LLC ("Cheetah") and Defendant Samsung Electronics America, Inc. ("Samsung") hereby jointly move this Court to dismiss in their entirety and with prejudice Cheetah's claims against Samsung, and Samsung's counterclaims against Cheetah, with each party to bear its own costs, expenses, and attorney fees.

A proposed Order accompanies this Motion pursuant to Local Rule CV-7(a).

Dated: October 26, 2009

Respectfully submitted,

/s/ Thomas A. Lewry
Thomas A. Lewry (MI Bar No. P36399)
(Lead Attorney)
Robert C.J. Tuttle (MI Bar No. P25222)
John S. Le Roy (MI Bar No. P61964)
BROOKS KUSHMAN P.C.
1000 Town Center, 22nd Floor
Southfield, Michigan 48075-1238
Tel: (248) 358-4400 - Fax: (248) 358-3351
tlewry@brookskushman.com
rtuttle@brookskushman.com
jleroy@brookskushman.com

T. John Ward, Jr. (TX State Bar No. 00794818)
WARD & SMITH LAW FIRM
111 W. Tyler St.
Longview, Texas 75601
Tel: (903) 757-6400 - Fax: (903) 757-2323
jw@jwfirm.com

Joe Kendall
KENDALL LAW GROUP LLP
3232 McKinney Ave., Suite 700
Dallas, TX 75204
Tel: (214) 744-3000 - Fax: (214) 744-3015
kendall@kendalllawgroup.com

*ATTORNEYS FOR PLAINTIFF,
CHEETAH OMNI, LLC.*

*/s/ Richard L. Rainey w/ permission*
Richard L. Rainey (admitted *pro hac vice*)
(Lead Attorney)
Gary M. Rubman (admitted *pro hac vice*)
Brian G. Bieluch (admitted *pro hac vice*)
Jeffrey M. Davidson (admitted *pro hac vice*)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC  20004-2401
Tel:  (202) 662-6000 - Fax:  (202) 662-6291
rrainey@cov.com
grubman@cov.com
bbieluch@cov.com
jdavidson@cov.com

Michael E. Jones (TX Bar No. 10929400)
Allen F. Gardner (TX Bar No. 24043679)
POTTER   MINTON,   A   PROFESSIONAL
CORPORATION
110 N. College, 500 Plaza Tower
P.O. Box 359
Tyler, Texas  75710
Tel: (903) 597-8311 - Fax: (903) 593-0846
mikejones@potterminton.com
allengardner@potterminton.com

*ATTORNEYS FOR DEFENDANT,
SAMSUNG ELECTRONICS AMERICA, INC.*

**CERTIFICATE OF SERVICE**

       I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 26th day of October, 2009.  Any other counsel of record will be served by first class U.S. mail on this same date.

                                           */s/ Thomas A. Lewry*
                                           Thomas A. Lewry