**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **CHEETAH OMNI LLC,**<br><br>　　　　　**Plaintiff,**<br><br>　　v.<br><br>**SAMSUNG ELECTRONICS AMERICA, INC. and MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.,**<br><br>　　　　　**Defendants.** | **Hon. Leonard Davis**<br><br>**CASE NO. 6:08-CV-279** |

**ORDER GRANTING JOINT STIPULATION AND MOTION FOR LEAVE
TO AMEND CHEETAH'S P.R. 3-1 CONTENTIONS
AND MITSUBISHI'S P.R. 3-3 CONTENTIONS,
AND TO DISMISS CHEETAH'S "MOTION TO STRIKE DEFENDANTS'
P.R. 3-3 INVALIDITY CONTENTIONS" (DKT. #64)**

　　　　This matter is before the Court on Cheetah's and Mitsubishi's Joint Stipulation and Motion for Leave to Amend Cheetah's P.R. 3-1 Contentions and Mitsubishi's P.R. 3-3 Contentions, and to Dismiss Cheetah's "Motion To Strike Defendants' P.R. 3-3 Invalidity Contentions" (Dkt. #64).

　　　　Having considered the parties' joint stipulation and motion, it is GRANTED:

　　　　1)　Cheetah P.R. 3-1 Infringement Contentions are amended and deemed to be commensurate in scope and content to Cheetah's initial infringement expert report served October 14, 2009.

　　　　2)　Mitsubishi's P.R. 3-3 Invalidity Contentions are amended and deemed to be commensurate in scope and content to Mitsubishi's initial invalidity expert report served October 14, 2009.

la- 1050175

  3) Cheetah's "Motion To Strike Defendants' P.R. 3-3 Invalidity Contentions"

(Dkt. #64) is dismissed as moot.

  **So ORDERED and SIGNED this 26th day of October, 2009.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**

la-1050175