IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CHEETAH OMNI, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS AMERICA, INC., and MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC. <br><br> Defendants. | CIVIL ACTION NO. 6:08-CV-279 (LED) <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING THE JOINT MOTION FOR DISMISSAL WITH PREJUDICE WITH RESPECT TO SAMSUNG

Before the Court is the Joint Motion for Dismissal with Prejudice of Plaintiff Cheetah Omni, LLC's claims against Defendant Samsung Electronics America, Inc., and Defendant Samsung Electronics America, Inc.'s counterclaims against Plaintiff Cheetah Omni, LLC. The Court being of the opinion that said motion should be GRANTED, it is hereby:

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in the above-captioned action by and between Cheetah Omni, LLC and Samsung Electronics America, Inc. are hereby dismissed with prejudice.

It is furthered ORDERED that all costs, expenses and attorney fees are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 27th day of October, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**